# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| OLAMIDE OLATAYO BELLO, §<br>  #65100510 §<br> §<br>VS. §<br> §<br>UNITED STATES OF AMERICA § | §<br>§ CIVIL ACTION NO. 4:25-cv-889<br>§ CRIMINAL ACTION NO. 4:23-cr-136(1)<br>§<br>§ |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 25, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #11) that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 be dismissed without prejudice as premature because his direct criminal appeal remains pending. Movant filed Objections (Dkt. #12) to the Report.

In the Objections, Movant acknowledges that his direct appeal remains pending before the Fifth Circuit. Nonetheless, he insists, without any legal authority, that the Court consider his § 2255 motion. As the Magistrate Judge correctly explained, because Movant's appeal remains pending before the Fifth Circuit, his conviction and sentence are not final, and therefore he may not bring a collateral attack. *See United States v. Clark*, 816 F.3d 350, 362 (5th Cir. 2016) ("It is a jurisdictional requirement of § 2255 that the conviction and sentence being challenged are final."). Movant may file a proper § 2255 motion, if necessary, once the appeal is final.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit

as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #12) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence is **DISMISSED** without prejudice as premature. It is further **ORDERED** that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 16th day of September, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE